UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>        Plaintiff,<br>  vs.<br><br>FRESNO OXYGEN AND WELDING SUPPLIERS, INC.,<br><br>        Defendant. | Case No.: 1:18-CV-00900-LJO-EPG<br><br>ORDER RE: STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER COMPLAINT<br><br>(ECF No. 5) |

Pursuant to the Parties' stipulation (ECF No. 5), and good cause appearing, IT IS ORDERED that:

Defendant Fresno Oxygen and Welding Suppliers, Inc.'s deadline to file a responsive pleading to Plaintiff Jose Acosta's Complaint shall be extended to August 22, 2018.

IT IS SO ORDERED.

Dated: **July 19, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE