# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRESNO OXYGEN AND WELDING SUPPLIERS, INC. dba BARNES WELDING SUPPLY,<br><br>　　　　Defendant. | Case No. 1:18-cv-00900-LJO-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 12) |

　　　Plaintiff, Jose Acosta, and Defendant, Fresno Oxygen and Welding Suppliers, Inc., dba Barnes Welding Supply, have filed a stipulation to dismiss the entire action without prejudice (ECF No. 12). In light of the stipulation, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

　　Dated: **December 10, 2018**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE